```
1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY M. BROWN ) | Case No: CIV-07-638 CMK |
| ) | |
| ) | STIPULATION AND ORDER |
| Plaintiff, ) | EXTENDING PLAINTIFF'S TIME TO |
| ) | FILE MEMORANDUM IN SUPPORT |
| v. ) | OF SUMMARY JUDGMENT |
| ) | |
| MICHAEL J. ASTRUE ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 14, 2007 to December 18, 2007. This extension is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: December 13, 2007 | /s/Bess M. Brewer |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |
| | |
| Dated: December 13, 2007 | McGregor W. Scott |
| | United States Attorney |
| | |
| | By: /s/ Geralyn A Gulseth |
| | GERALYN A. GULSETH |
| | Special Assistant U.S. Attorney |
| | Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 18, 2007

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2