McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: Mark.Win@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STACEY M. BROWN, | CIVIL NO. 2:07-CV-00638-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing that necessitated the reassignment of this case. The current due date is January 17, 2008. The new due date will be February 16, 2008.

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

               Respectfully submitted,

Dated: January 16, 2008   /s/ *Bess M. Brewer*
               (As authorized via e-mail)
               BESS M. BREWER
               Attorney for Plaintiff

Dated: January 16, 2008   McGREGOR W. SCOTT
               United States Attorney
               LUCILLE GONZALES MEIS
               Regional Chief Counsel, Region IX
               Social Security Administration

               /s/ *Mark A. Win*
               MARK A. WIN
               Special Assistant U.S. Attorney

               Attorneys for Defendant

               ORDER

APPROVED AND SO ORDERED.

DATED: January 18, 2008

               _____
               **CRAIG M. KELLISON**
               UNITED STATES MAGISTRATE JUDGE